Dismissed and Memorandum Opinion filed June 9, 2005









Dismissed and Memorandum Opinion filed June 9, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01107-CV

____________

 

JASON GREEN,
Appellant

 

V.

 

ZALETLE LATSON,
Appellee

 



 

On Appeal from the 247th District
Court

Harris County,
Texas

Trial Court Cause No.
03‑16220

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed September 15,
2003.  The clerk=s record was filed on January 24,
2005.  There was no reporter=s record.  No brief was filed.

On April 21, 2005, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before May 6, 2005, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 9, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.